Order issued August 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01144-CV

## IN RE HAL CREWS AND DEBRA LEITCH, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15393-A**

# ORDER

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

We **ORDER** that relators bear the costs of this original proceeding.

ROBERT M. FILLMORE
JUSTICE